IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BLAKE HAMPTON WALDEN                                                    PLAINTIFF

        v.                Civil No. 05-5078

DR. MULLINS, SHERIFF KEITH FERGUSON,
and CAPT. HUNTER PETRAY                                                 DEFENDANTS

### **O R D E R**

On December 14, 2005, defendants filed a motion for summary judgment. In an effort to assist the plaintiff in responding to this motion, the court has propounded a questionnaire. The plaintiff's answers to the questionnaire will be considered by the court to be his response to the summary judgment motion.

For this reason, Blake Hampton Walden is hereby directed to complete, sign, date, and return the attached response to defendants' motion for summary judgment **on or before January 18, 2006.** Plaintiff's failure to respond within the required period of time may subject this matter to dismissal for failure to comply with a court order.

IT IS SO ORDERED this 16th day of December 2005.

                                            **/s/ Beverly Stites Jones**
                                        _____
                                        HON. BEVERLY STITES JONES
                                        UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BLAKE HAMPTON WALDEN                                                      PLAINTIFF

       v.               Civil No. 05-5078

DR. MULLINS, SHERIFF KEITH FERGUSON,
and CAPT. HUNTER PETRAY                                                   DEFENDANTS

## RESPONSE

TO: BLAKE HAMPTON WALDEN

    These questions and answers will serve as your response to defendants' motion for summary judgment. You may use additional sheets of paper in responding to these questions. You must return this response to the court by the close of business **on January 18, 2006**.

    1. On December 30, 2003, you were seen by medical professionals at the Arkansas Department of Correction (ADC), and you were diagnosed with an inguinal hernia. During your visit with ADC medical staff, you complained that you had experienced the problem for "6 month" and had seen outside physicians regarding the hernia.

    Agree_____    Disagree_____    Without knowledge to agree or disagree_____.

    If you disagree, explain. In explaining, refer to Defendants' Exhibit 10, pp 2, 3, 5, & 6.

_____

_____

_____

_____

AO72A
(Rev. 8/82)

-2-

2. The outside physicians you saw decided not to treat your hernia surgically.

Agree_____   Disagree_____   Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, state what treatment you did receive from outside physicians, the names of those physicians, and when you saw each physician. Explain why you did not have your hernia treated surgically while you were not incarcerated.

_____

_____

_____

_____

_____

_____

_____

_____

_____

3. Despite repeated complaints and protestations throughout 2004, you were never given anything for your hernia by ADC doctors other than over-the-counter pain medications, such as ibuprofen.

Agree_____   Disagree_____   Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, refer to Defendants' Exhibit 10, pp. 36, 37, 83, 92, 94, 96-108.

_____

_____

_____

_____

_____

4. On February 1, 2005, you were booked into the Benton County Detention Center (BCDC) on parole violation, forgery, and hot check charges.

Agree_____    Disagree_____    Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, refer to Defendants' Exhibit 1.

_____

_____

_____

5. On February 1, 2005, you signed a medical intake form, on which you indicated that you had a hernia at the time you were admitted to the BCDC.

Agree_____    Disagree_____    Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, refer to Defendants' Exhibit 2.

_____

_____

_____

_____

_____

      6. On March 15, 2005, you submitted your first medical request regarding your hernia. You had not made any requests or complaints about your hernia during your first month and a half at BCDC.

      Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

      If you disagree, explain. In explaining, refer to Defendants' Exhibit 4.

_____

_____

_____

_____

_____

      7. In your March 15, 2005 medical request, you stated, "My hernia has been causing me a lot of pain and discomfort lately. Any help will be appreciated."

      Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

      If you disagree, explain. In explaining, refer to Defendants' Exhibit 3.

_____

_____

_____

AO72A
(Rev. 8/82)

_____

_____

      8. On March 15, 2005, the same day you submitted your medical request regarding your hernia, you also submitted an application for work detail/trustee status. On this application, you indicated that you did not "[h]ave any physical handicaps [or] surgeries [or] hospitaliz[ations] in the last twelve months" and that you were not "on any medication."

      Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

      If you disagree, explain. In explaining, refer to Defendants' Exhibit 4.

_____

_____

_____

_____

_____

      9. On March 16, 2005, you were seen by Dr. Neil Mullins.

      Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

      If you disagree, explain. In explaining, refer to Defendants' Exhibit 5.

_____

_____

_____

_____

AO72A
(Rev. 8/82)

10. Dr. Mullins diagnosed you with an Inguinal Hernia, but found that "these hernias do not give a lot of pain" and concluded that "I do not see any need for any medicine at this time."

Agree_____    Disagree_____    Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, refer to Defendants' Exhibit 5.

_____

_____

_____

_____

_____

11. On April 10, 2005, you submitted a second medical request in which you stated, "I am have [sic] trouble with my hernia."

Agree_____    Disagree_____    Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, refer to Defendants' Exhibit 6.

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

12. On April 11, 2005, you were again seen by Dr. Mullins.

Agree_____   Disagree_____   Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, refer to Defendants' Exhibit 7.

_____

_____

_____

13. On April 11, 2005, Dr. Mullins told you, in response to your request for pain pills, that "in thirty-five years of medicine, I have never given pain pills for a hernia." Dr. Mullins concluded that there was "[n]o need for repair at this time."

Agree_____   Disagree_____   Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, refer to Defendants' Exhibit 7.

_____

_____

_____

_____

_____

14. On April 11, 2005, after meeting with Dr. Mullins, you filed a grievance in which you disagreed with the doctor's medical decision.

Agree_____   Disagree_____   Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, refer to Defendants' Exhibit 8.

AO72A
(Rev. 8/82)

_____

_____

_____

_____

_____

15. In response to your April 11 grievance, Captain Petray stated, "I will forward this to medical. The doctor makes the medical decisions in this jail."

Agree_____   Disagree_____   Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, refer to Defendants' Exhibit 8.

_____

_____

_____

_____

_____

16. You were released into the custody of Washington County on June 27, 2005.

Agree_____   Disagree_____   Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, refer to Defendants' Exhibit 9.

_____

_____

_____

AO72A
(Rev. 8/82)

_____

_____

17. You submitted over 50 medicals, requests, and grievances in less than five months in the BCDC.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, state how many medicals, requests, and grievances you submitted.

_____

_____

_____

18. In your time at the BCDC, you submitted only two medicals and one grievance about your hernia.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, refer to Defendants' Exhibits 3, 6, and 8. Also, attach any other grievances that you submitted concerning your hernia.

_____

_____

_____

_____

**AO72A**
**(Rev. 8/82)**

19. You submitted no medicals, requests, or grievances in the first 1 ½ months of your incarceration at the BCDC or in the last 2 ½ months of your incarceration at the BCDC.

Agree_____    Disagree_____    Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, refer to Defendants' Exhibits 1-9.

_____

_____

_____

_____

_____

20. The BCDC has a policy which requires that the Sheriff and all county deputies, jailers, and employees, including the jail doctor and nurses, to comply with all applicable law, including state and federal constitutions and the Arkansas Rules of Criminal Procedure, with regard to the care and treatment of inmate medical problems and/or any other law enforcement or detention activity.

Agree_____    Disagree_____    Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

21. Benton County policy requires county jailers to provide grievance, medical, and/or request forms whenever they are asked for by any inmate and to collect them when completed by the inmate.

Agree_____    Disagree_____    Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

_____

22. Benton County policy provides that any and all medical problems that arise in the jail that are made known to the jailers or the administration in any manner must be referred to the jail nurse, jail doctor, or other appropriate medical professional for diagnosis and treatment.

Agree_____    Disagree_____    Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

23. Benton County policy requires that the treatment determinations (prescriptions) made by the jail nurse, jail doctor, or other appropriate medical professional be followed without deviation by jail staff.

Agree_____    Disagree_____    Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

_____

24. You are suing the defendants in their official capacities only.

Agree_____    Disagree_____    Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, state in what capacity you are suing the defendants (official capacity only, individual capacity only, or official and individual capacities).

_____

_____

_____

**Detail below any further response you would like to make to defendants' summary judgment motion. If you have any exhibits you would like the court to consider, attach**

-12-

**them to this response.**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON THIS _____ DAY OF _____ 200____.

_____
BLAKE HAMPTON WALDEN

-13-