IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**BLAKE HAMPTON WALDEN**                                                                           **PLAINTIFF**

**v.**                    Civil No. 05-5078

**DR. MULLINS, SHERIFF KEITH FERGUSON,
and CAPT. HUNTER PETRAY**                                      **DEFENDANTS**

### O R D E R

Now on this 24th day of April, 2006, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #34), in this matter, to which no objections have been made, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, defendants' motions to dismiss (documents 29 and 31) should be and hereby are **granted** and Walden's complaint is **dismissed**.

                                                **/s/Jimm Larry Hendren
HON. JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE**